FILED _____ ENTERED
_____ LODGED _____ RECEIVED

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

APR 2 5 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.

BRIAN SHAW
a/k/a BRIAN HSIAO
a/k/a SCOTT GALLIA
     Defendant.

CRIMINAL COMPLAINT

CASE NUMBER: 13-886 BPG

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about December 24, 2012, in Maryland, the Defendant did knowingly distribute any visual depiction using any means or facility of interstate or foreign commerce, the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

I further state that I am a Special Agent with Department of Homeland Security, Homeland Security Investigations, and that this complaint is based upon the following facts:

    See Attached Affidavit

Continued on the attached sheet and made a part thereof: ☑ Yes ☐ No

_____
DHS-HSI SA CHRISTINE CARLSON

Sworn to before me and subscribed in my presence,

4-23-13    3:45 pm            at   Baltimore, Maryland
Date and Time Issued

_____
Beth P. Gesner
United States Magistrate Judge

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Christine Carlson, being duly sworn, depose and state:

### INTRODUCTION

1. I am a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) assigned to the Special Agent in Charge in Baltimore, Maryland. I have been so employed since June 1996. As part of my daily duties as an HSI Special Agent, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252 and 2252A. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have also participated in the execution of search warrants, which involved child exploitation and/or child pornography offenses. I have received formal training from U.S. Customs, ICE, HSI and other agencies in the area of child pornography, pedophile behavior, collectors of other obscene material and Internet crime.

2. As a federal agent, your Affiant is authorized to

investigate violations of laws of the United States and is a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

3. I am submitting this affidavit in support of a criminal complaint and arrest warrant for BRIAN SHAW, a/k/a BRIAN HSIAO, a/k/a SCOTT GALLIA, date of birth XX/XX/1990, 8811 Valleyfield Road, Lutherville-Timonium, Maryland, for violation of Title 18, United States Code, Section 2252(a)(2) (Distribution of Child Pornography). The statements in this affidavit are based in part on information provided by Special Agents of HSI, as well as documents and reports prepared by Detectives of the Baltimore County Police Department, and on my experience and background as a Special Agent of HSI. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation.

### Investigation of Brian Shaw a/k/a Brian Hsiao a/k/a Scott Gallia

4. Homeland Security Investigations (HSI) New Orleans initiated an investigation into an individual who distributed files depicting children engaged in sexually explicit conduct over the Internet. Through investigative efforts, HSI New Orleans identified the Email address, sgsg569@gmail.com, which uses the moniker, "Scott Gallia", as a trader of child

2

pornography over the Internet. At approximately 11:40 AM, December 18, 2012, HSI New Orleans, utilizing a limited Under Cover (UC) Email account, sent the following message to individuals who, through investigation, were identified as predisposed to trading child pornography over the Internet.

> Message: "For all of you guys that i've traded with in the past.... My HP crashed and i'm looking to restart my collection. Any generous guys out there??? I will not repost without you permission but will trade once i start to replenish. Thanks and talk to yall soon..."

Minutes later, at approximately 11:58 AM on December 18, 2012, the Email address, sgsg569@gmail.com, responded to the Email with 16 links to www.sendspace.com, a file transfer and exchange network that enables users around the world to distribute large files. The www.sendspace.com links provided by the individual utilizing the Email address sgsg569@gmail.com in the body of the email gave access to child pornography videos. By way of example, three of the videos distributed by the individual utilizing the Email address sgsg569@gmail.com and subsequently downloaded by HSI New Orleans via www.sendspace.com are described as follows:

> **eaten again.flv** - This two minute and forty second video depicts an adult male performing oral sex on a prepubescent male and then the prepubescent male performing oral sex on an adult male's penis.

3

> **father vibrates sleeping son then tries to enter him.avi** – This three minute video depicts a naked adult male using a blue sex toy to penetrate the anus of a naked, sleeping prepubescent male lying on a bed. The adult male then attempts to penetrate the anus of the naked, sleeping prepubescent male with his erect penis.
>
> **manb.avi** – This nine minute video depicts an adult male performing oral sex on a prepubescent male. The video also depicts the adult male using his finger and a sex toy to penetrate the anus of the prepubescent male.

There were approximately 13 video files distributed by the individual utilizing the Email address sgsg569@gmail.com on December 18, 2012, including the videos referenced above, and based on your Affiant's training and knowledge, the videos depict children engaged in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(a).

5. After receiving the initial Email from the individual utilizing the Email address sgsg569@gmail.com on December 18, 2012, HSI New Orleans responded with the following Email to sgsg569@gmail.com:

> "Couldn't get any to play. Had problems with ilivid and send space. Thanks anyway..."

On December 18, 2012, the individual utilizing the Email address sgsg569@gmail.com replied with the following Email:

> "I'll Send more later, I'll try again with

> send space and I'll also do file factory
> maybe....thanks  Scott   Sent from my iPhone"

6.     On December 19, 2012, the individual utilizing the Email address sgsg569@gmail.com sent another email to the HSI New Orleans UC Email account that contained more www.sendspace.com website links that provided access to approximately six child pornography videos. Some of these videos were duplicative of the ones contained in the December 18, 2012 Email. The Email sent by the individual utilizing the Email address sgsg569@gmail.com contained the following text:

> "Hey let me know if these work… If they do do
> you have anything to send back? Boys or
> girls?  Thanks Scott".

7.     On December 21, 2012, HSI New Orleans responded back to the individual utilizing the Email account sgsg569@gmail.com with the following Email:

> "It just keeps having me download
> sendspace. Not working. Thnx anyway."

8.     On December 22, 2012, the individual utilizing the Email address sgsg569@gmail.com replied to HSI New Orleans with the following Email:

> "Hey – I just send some via wet transfer.  If
> it doesn't work, let me know.  If you have
> anything to send back, boys or girls, let me
> know, thanks! Scott"

On December 22, 2012, HSI New Orleans received an Email from noreply@wetransfer.com with a subject line that read

5

"sgsg569@gmail.com has sent you a file via WeTransfer." The email contained a download link to www.wetransfer.com, a free service that enables a user to send files over the Internet. The link enabled HSI New Orleans to download a zip file titled, "WeTransfer-OYFJZIBs.zip". The zip file contained approximately 31 videos depicting children engaged in sexually explicit conduct. By way of example, three of the videos distributed by the individual utilizing the Email address sgsg569@gmail.com and subsequently downloaded by HSI New Orleans via www.wetransfer.com are described as follows:

> **toddler+ +boy+.avi** – This 14 second video depicts an adult male's penis penetrating the anus of a prepubescent male.
>
> **!New - omg5.wmv** – This three minute and fifteen second video depicts two naked prepubescent males engaging in anal intercourse.
>
> **014.avi** – This 16 second video depicts a naked prepubescent male lying on his back and masturbating himself with his right hand while being anally penetrated by an adult male penis.

9.   After additional investigation, it was determined that the subject distributing the above files did so from a residence in Palm Beach Gardens, FL. On January 29, 2013, HSI New Orleans served a federal search warrant to GOOGLE to obtain Email content for sgsg569@gmail.com to search for evidence related to the

violation of federal child pornography statutes. On February 13, 2013, Google complied with the federal search warrant and provided the contents of the Email account along with the following information associated with the account:

>     Scott Gallia
>     Email: sgsg569@gmail.com
>     Status: Enabled
>     Created on: 2011/11/27-05:39:11-UTC
>     IP: 69.255.81.182, on 2011/11/27-05:39:11-UTC
>     Language Code: en
>     IP Address History: 01/08/2013 through 01/29/2013

10. After reviewing the contents of the Email account sgsg569@gmail.com and comparing the Emails sent from this account with the IP address history provided by GOOGLE pursuant to the federal warrant as well as in their summons response dated January 22, 2013, the following Emails, which contain child pornography, were identified as being sent over the Internet by the individual utilizing the Email address sgsg569@gmail.com as well as coincide with the IP address login or logout times associated with IP address 69.255.81.182 that resolves back to 8811 Valleyfield Road, Lutherville Timonium, MD 21093.

11. With regard to the distribution of child pornography charge alleged in the complaint, the investigation showed that an Email sent by the individual utilizing the Email address sgsg569@gmail.com at 2:55 AM EST, December 24, 2012, contained approximately 96 images which included children engaged in

sexually explicit conduct. By way of example, five of the images distributed by the individual utilizing the Email address sgsg569@gmail.com via the Internet on December 24, 2012 are as follows:

-rp(194).jpg - This image depicts a nude pre-pubescent male lying on his back with a large object inserted into his anus.

-rp(188).jpg - This image depicts an adult's fingers spreading open the buttocks of a pre-pubescent male child, displaying the child's anus and testicles.

-rp(182).jpg - This image depicts two nude pre-pubescent males performing oral sex on each other's penises.

-rp(78).jpg - This image depicts a pre-pubescent female performing oral sex on the penis of an adult male.

-11bfslow.jpg - This image depicts a nude adult male having anal sex with a nude pre-pubescent male.

12. An Email sent by the individual utilizing the Email account sgsg569@gmail.com at 3:00 AM EST, December 24, 2012 contained approximately 50 images which included images of children engaged in sexually explicit conduct. By way of example, five of the images distributed by the individual utilizing the Email address sgsg569@gmail.com via the Internet on December 24, 2012 are as follows:

-rp(120).jpg - This image depicts a nude adult male having anal sex with a nude pre-pubescent child.

-rp(127).jpg - This image depicts a nude adult male having anal sex with a nude pre-pubescent child.

> -rp(141).jpg - This image depicts a nude pre-pubescent toddler male. Two erect adult penises are seen in the image and it appears that one of the adult males has ejaculated on the genitals and lower abdomen of the child. The child's genitals are exposed.
>
> -rp(148).jpg - This image depicts a pre-pubescent male manually stimulating the erect penis of an adult male.
>
> -rp(167).jpg - This image depicts a pre-pubescent male performing oral sex on the penis of another pre-pubescent male.

The Emails sent by the individual utilizing the Email address sgsg569@gmail.com at 2:55 AM and 3:00 AM EST, December 24, 2012 coincide with the Email account logout time of 08:21:18-UTC, December 24, 2012 using IP address 69.255.81.182, associated with the Internet service at 8811 Valleyfield Road, Lutherville Timonium, MD 21093. The IP address activity was obtained from a DHS summons response provided by Google dated January 21, 2013. Note: UTC/GMT (Universal / Greenwich Time) is +5 hours from EST (Eastern Standard Time).

13. Further research of the name Brian SHAW at 3416 Primrose Ct, Apt 116, Palm Beach Gardens, FL 33410 revealed the alias, Brian HSIAO of 8811 Valleyfield Drive, Timonium, MD 21093-4022. The Social Security Number (SSN): ███-7777 was associated with both individuals. The Palm Beach Gardens, FL address was associated with SHAW/HSIAO as recent as September 21, 2012 when his Comcast Cable Communications account was created. Further information obtained from the Baltimore County Police

Department revealed that on February 3, 2012, SHAW/HSIAO filed a petition with the Circuit Court for Baltimore County Civil System to have his name changed from Brian HSIAO to BRIAN Hsiao SHAW. The petition was granted on August 21, 2012. SHAW/HSIAO's name change petition was granted one month before he began his Comcast Cable Communications Internet account on September 21, 2012 at 3416 Primrose Court, Apartment 116, Palm Beach Gardens, FL 33410. It appears that between August 21, 2012 and September 21, 2012, SHAW/HSIAO moved from Maryland to 3416 Primrose Court, Apartment 116, Palm Beach Gardens, FL 33410.

14. In or about January 2013, HSI New Orleans sent a collateral request to HSI West Palm Beach and requested assistance in locating and arresting Brian SHAW/HSIAO for violation of federal child pornography statutes. On February 13, 2013, HSI West Palm Beach provided HSI New Orleans with information from Florida Power and Light (FPL) indicating that service in Brian SHAW's name at 3416 Primrose Court, Apt. 116, Palm Beach Gardens, Florida 33410, phone: 301-219-8202 had been disconnected as of February 6, 2013. FPL records reported SHAW's forwarding address as 8811 Valleyfield Road, Lutherville-Timonium, MD 21093. FPL records also revealed that SHAW was the only person listed on the account at 3416 Primrose Court, Apt. 116, Palm Beach Gardens, FL 33410 and began service on September 20, 2012.

15. On March 26, 2013, your Affiant conducted a real property search through the Maryland State Department of Assessments and Taxation using the address 8811 Valleyfield Road, Lutherville-Timonium, Maryland. Maryland State Department of Assessments and Taxation records revealed that Robert Y. and Christine M. Hsiao are the owners of the residence located at 8811 Valleyfield Road, Lutherville-Timonium, MD 21093.

16. On January 22, 2013, pursuant to a DHS summons, Google provided the following subscriber information for sgsg569@gmail.com:

> Name: Scott Gallia
> Email: sgsg569@gmail.com
> Status: Enabled
> Services: Calendar, Docs, Doritos, Gmail, Google me, Google profile, Has plusone, Lso provider, Picasa, Pp 2012, Search history, Spreadsheets, Talk, Youtube
> Created on: 2011/11/27-05:39:11-UTC
> IP: 69.255.81.182, on 2011/11/27-05:39:11-UTC
> Language Code: en

17. On February 6, 2013, HSI New Orleans served a DHS summons to Comcast Cable Communications to determine Internet subscriber information associated with Internet Protocol (IP) address login activity for sgsg569@gmail.com. It appeared that toward the end of the year 2012, IP address activity for sgsg569@gmail.com transitioned from his residential Comcast Cable Communications account in Florida (IP: 76.26.55.155) to several different IP addresses associated with an AT&T Wireless account and then to a Maryland Comcast Cable Communications account (IP:

69.255.81.182). SHAW/HSIAO and his family have already been identified as owning the residence located at 8811 Valleyfield Road, Lutherville Timonium, MD 21093. The IP address 69.255.81.182 was used by the individual utilizing the Email address sgsg569@gmail.com to set up the Gmail account on November 27, 2011. The IP address was also used to access the Email address sgsg569@gmail.com in December 2012 and January 2013.

18. On February 11, 2013, Comcast Cable Communications complied with the DHS summons and provided the following information associated with IP address 69.255.81.182 that was used to set up the Gmail account sgsg569@gmail.com and access the Email address sgsg569@gmail.com in December 2012 and January 2013.

> Subscriber Name: Christin SHIAO (Appears to be a typographical error)
> Service Address: 8811 Valleyfield Road, Lutherville Timonium, MD 21093
> Telephone#: 401-561-7659
> Type of Service: High Speed Internet
> Account Number: 0951958589402
> Start Service Date: 09/18/2011
> Account Status: Active
> IP Assignment: Dynamically Assigned
> IP Lease Length: 69.255.81.182 assigned from 08/08/2012 at 14:46:01 UTC through 02/07/2013 at 14:31:41 UTC
> Email User IDs: chsiao8811@comcast.net

19. A review of the Email contents of sgsg569@gmail.com revealed that it contained numerous child pornography files (images and videos) that were both sent and received by the individual utilizing the Email address sgsg569@gmail.com.

Approximately 2140 Emails in the account dated from November 26, 2011 to January 29, 2013 mostly reference the trade of child pornography over the Internet and the sexual exploitation of children. Upon creation of the Email account, the individual utilizing the Email address sgsg569@gmail.com immediately began emailing others in order to trade child pornography files over the Internet. The individual utilizing the Email address sgsg569@gmail.com initially indicated that he was interested in any videos "with sound and a boy orgasming". Besides attaching files depicting children engaged in sexually explicit conduct directly to Emails, the individual utilizing the Email address sgsg569@gmail.com sent Uniform Resource Locator (URL) links for file sharing services in his Emails. The links gave access to child pornography files. Some of the file-sharing services used by the individual utilizing the Email address sgsg569@gmail.com were www.depositfiles.com, www.wetransfer.com, www.mediafire.com, and www.sendspace.com. The individual utilizing the Email address sgsg569@gmail.com sent files depicting children engaged in sexually explicit conduct to HSI New Orleans using www.sendspace.com and www.wetransfer.com.

20. In an Email dated December 9, 2011, the individual utilizing the Email address sg569@gmail.com responded to a question about his age and stated that he was 22 years old.

13

Brian HSIAO/SHAW's date of birth has been identified as January 03, 1990. SHAW would have been 21 years old at the time of the Email and would have turned 22 years old less than a month later. The individual utilizing the Email address sgsg569@gmail.com also mentioned at the time that he was located on the east coast of the United States. Both SHAW's family's residence as well as SHAW'S apartment in Palm Beach Garden, Florida are located on the east coast of the United States.

21. In an Email dated December 10, 2011, SHAW responded to a question about whether he liked preteen girls. SHAW stated that his interest in the preteen girls is "how it all started out" for him. (Note: SHAW was a suspect of sexual assault against an 8 year old female in the year 2007 when SHAW was 17 years old.)

22. In an Email dated January 19, 2012, SHAW stated that he was interested in the age 6 to 12 and was interested in man/boy videos and images.

23. As referenced above, IP address 69.255.81.182 was used to establish the Email account sgsg569@gmail.com on November 27, 2011. The same IP address was also used by the individual utilizing the Email address sgsg569@gmail.com on numerous occasions from January 8, 2013 at 08:44:15-UTC through January 27, 2013 at 18:12:13-UTC. A previous Comcast Cable

Communications DHS summons response dated February 7, 2013 and received on February 11, 2013, revealed IP address 69.255.81.182 was assigned to the Internet account of HSIAO/SHAW's family's residence located at 8811 Valleyfield Road, Lutherville Timonium, MD 21093, from August 8, 2012 through February 7, 2013. This information indicates that an individual utilized the Email account sgsg569@gmail.com to trade child pornography over the Internet while at 8811 Valleyfield Road, Lutherville Timonium, MD 21093.

## Conclusion

24. Based upon all the information set forth in this application, your Affiant respectfully submits that there is probable cause to believe that BRIAN HSIAO SHAW is in violation of Title 18, United States Code, Section 2252(a(2).

                                              Special Agent Christine Carlson
                                              Homeland Security Investigations

Sworn and subscribed before me
this 23rd day of April, 2013.

Beth P. Gesner
United States Magistrate Judge for the
District of Maryland